**Dismissed and Memorandum Opinion filed June 19, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00888-CR

**WILLIAM  MARK  RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1259408**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment of guilt following a deferred adjudication. Appellant pleaded guilty without an agreed recommendation to the offense of burglary of a habitation. The trial court deferred adjudication and placed appellant on probation for five years. Subsequently, on the State's motion, the trial court adjudicated guilt and sentenced appellant to prison for six years.

Sentence was imposed on September 4, 2012. Appellant's notice of appeal was not filed until October 2, 2013.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).